AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Angelina Soto
*Plaintiff*

v.   Civil Action No.

Morgan Jackson, LLC; and Does 1-10, inclusive
*Defendants*

ADR

CV11-04756

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*
Morgan Jackson, LLC
268 Main Street, Suite 100
Buffalo, New York 14202

E-filing

HRL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tammy Hussin
Of Counsel
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424

BY FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/23/11

Tiffany Salinas-Harwell
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Morgan Jackson LLC
was received by me on *(date)* 10/3/2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cassandra James Director of Administration, who is designated by law to accept service of process on behalf of *(name of organization)* Morgan Jackson LLC 268 Main Street Suite 100 Buffalo NY 14202 on *(date)* 10/6/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/6/2011

*Server's signature*

Richard M Fink
*Printed name and title*

o/b/o NY Server LLC
218 Main Street #382 East Setauket NY 11733

*Server's address*

Additional information regarding attempted service, etc:
Served 10/6/2011 at 1031 (AM)/PM
Recipient can be best described as (circling best describing same)
M/(F)  Skin Color Wht, Blk, Brwn, Asian, Black, Brown, Hair Color Black, Brown, Bald(ing), Gray, Blonde, Red Hair
14-20, 31-35, 36-50, 51-65, over 65, years old/ 5'0-5'3, 5'4-5'8, 5'9-6'0 over 6'0
Under 100 lbs, 100-130 lbs, 131-160 lbs, 161-200lbs, Over 200lbs  Glass/Mustache/Beard  Tattoos