OFFICE OF THE CLERK, U.S. DISTRICT COU
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

CERTIFIED MAIL™

7009 1410 0002 2008 4019

UNITED STATES POSTAGE

PITNEY BOWES

$ 05.59⁰

02 1A
0004327683      NOV 17 2011
MAILED FROM ZIP CODE 95113

FILED

2011 DEC 16  P 1:15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D.                    OSE

MORGAN JACKSON, LLC
268 MAIN STREET, SUITE 100
BUFFALO, NEW YORK 14202

00 12/11/11

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

NIXIE      146    DE 1          *2713-01644-20-37

BC: 95113309599

14202341OB C014
95113@@095